

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| | * |
| JOSEPH J. SMITH | *   Case No.  09-12978NVA |
| | *   Chapter 7 |
| Debtor | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM TO DEBTOR AND DEBTOR'S COUNSEL REGARDING REAFFIRMATION AGREEMENT

A presumption of undue hardship arises in the above captioned reaffirmation agreement pursuant to 11 U.S.C.§ 524(m)(1) and the Debtor has failed to sufficiently rebut in writing that presumption because Part D of the reaffirmation agreement is significantly different when compared to Schedules I and J creating a hardship. The Debtor shall file an amended reaffirmation agreement setting forth specific facts that suffice to meet the requirements of 11 U.S.C. §524(m)(1). If the Debtor fails to file an amended reaffirmation agreement within 14 days, then a hearing on the instant reaffirmation agreement will be needed.

cc:   Joseph J. Smith,  Debtor
      Stephen A. Drazin, Counsel for Debtor
      George W. Liebmann, Trustee

**END OF ORDER**